UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)
_____

JESSE HAMMONS

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number III under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk