UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)

_____

JESSE HAMMONS

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening/response brief shall be disfavored. The briefing schedule is extended as follows:

    Opening/response brief due: 01/21/2025

    Response/reply brief due: 02/20/2025

    Any reply brief: 21 days from service of response/reply brief.

                              For the Court--By Direction

                              /s/ Nwamaka Anowi, Clerk